### 2049. OGLESBY *v.* HANSON.

HILL, C. J. To authorize a money verdict in a trover suit there must be some evidence to show the value of the personal property converted by the defendant. *Brooke* v. *Lowe*, 122 *Ga.* 358 (50 S. E. 146) ; *Bell* v. *Ober*, 96 *Ga.* 214 (23 S. E. 7).         *Judgment reversed.*

Trover; from city court of Reidsville—Judge Morgan. June 21, 1909.

Argued November 18, 1909.—Decided January 21, 1910.

*L. L. Thomas, Hines & Jordan,* for plaintiff in error.